**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6290**

———————————

FLOYD GLENN WILLIAMS,

                              Plaintiff - Appellant,

        versus

BISHOP L. ROBINSON, Secretary Department Pub-
lic Safety & Correctional Services,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-96-
3752-AMD)

———————————

Submitted:  July 10, 1997          Decided:  July 23, 1997

———————————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Floyd Glenn Williams, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Floyd Williams appeals from a district court order dismissing without prejudice his 42 U.S.C. § 1983 (1994), complaint based on Williams' failure to comply with the court's prior orders directing him to amend his complaint. Because Williams may proceed with this action by amending his complaint as directed, his appeal is interlocutory and not subject to appellate review under Domino Sugar Corp. v. Sugar Workers Local 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED